IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOHNNY LEE, SR., | ) | CASE NO.: 1:07 CV 3555 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| UNIVERSITY HOSPITALS HEALTH SYSTEM, INC., | ) | JUDGMENT |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to a Memorandum Opinion and Order of this Court, the Motion for Summary Judgment filed by Defendant University Hospitals Health System, Inc. is DENIED.  (ECF # 20.)

This case shall proceed to jury trial at 8:30 a.m. on August 17, 2009.

IT IS SO ORDERED.

                                          *s/ Donald C. Nugent*
                                          DONALD C. NUGENT
                                          United States District Judge

DATED: March 27, 2009