UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOHNNY LEE, SR., | ) | Case No. 1:07 CV 3555 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| vs. | ) | |
| | ) | JUDGMENT |
| UNIVERSITY HOSPITALS HEALTH SYSTEM, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to a Memorandum Opinion of this Court, Plaintiff's Motion for Order to Dismiss Second Cause of Action (ECF #70) is GRANTED and Plaintiff's FMLA claim is hereby DISMISSED WITH PREJUDICE. Further, Plaintiff's Motion to Remand his remaining state law claim to state court (ECF #71) is GRANTED. Accordingly, the Clerk of Courts is ordered to REMAND this case to the Court of Common Pleas for Cuyahoga County, Ohio. This action is TERMINATED.

IT IS SO ORDERED.

/s/ Donald C. Nugent
DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE

DATED: October 13, 2009